UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Magistrate's Docket No. 22-1209

: Misdemeanor Class A

v. :

JONATHAN WILLIAMS :

Offense on a Federal Reservation

Before The Honorable Jose R. Almonte, a United States Magistrate Judge for the Judicial District of New Jersey, appeared this day James Graham, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 29th day of August 2022, in the Judicial District of New Jersey, Jonathan Williams did knowingly possess or cause to be a present a dangerous weapon in a Federal facility in violation of 18 U.S.C. § 930(a); and

On or about the 29th day of August 2022, in the Judicial District of New Jersey, Jonathan Williams did forcibly assault, resist, oppose, intimidate, and impede a federal officer engaged in the performance of his or her duties.

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

JAMES GRAHAM
ASSISTANT U.S. ATTORNEY

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

DATE: 11/17/22

HONORABLE JOSE R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

11/17/22 NK 1/26/23

## United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NJ45 | 09977035 | Payero | 8376 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 08/29/2022 6:50 AM

Offense Charged ☐ CFR ☑ USC ☐ State Code: title 18 Uscode Section 930

Place of Offense: USPS (NJ NDC) 80 County Road Jersey City NJ 07097

Offense Description: Factual Basis for Charge — HAZMAT ☐

Possession of a Dangerous Weapon

**DEFENDANT INFORMATION** Ph [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Jonathan | |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Jonathan Williams

Original - CVB Copy

*09977035*

CVB SCAN 09/16/2022 16:41

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 29, 2022 while exercising my duties as a law enforcement officer in the Northern NJ District of New Jersey

6:50 AM On Monday August 29, 2022, I, Postal Police Officer Payero upon arrived at the USPS New Jersey Network Distribution Center located at 80 County Road, Jersey City NJ 07097. Parking lot for facility employees, observed a folding knife on the front passenger seat in plain sight in the vehicle. Mr. Jonathan Williams arrived at the facility in the vehicle, a blue 2007 Nissan two door 350Z, CT plate BC 56193, was parked in a handicapped space near the guard shack.

The foregoing statement is based upon:

☑ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/29/2022 — S. Payero

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/16/2022 16:41

## United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NJ45 | 09977034 | PAYERO | 8376 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 08/29/2022 6:50 AM

Offense Charged ☐ CFR ☑ USC ☐ State Code: title 18 UScode Section 111

Place of Offense: USPS (NJ NDC) 80 County Road Jersey City, NJ 07097

Offense Description: Factual Basis for Charge — HAZMAT ☐

Assault on a Police Officer

**DEFENDANT INFORMATION** Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Jonathan | |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov**

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date:

Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*09977034*

CVB SCAN 09/16/2022 16:41

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 29, 2022 while exercising my duties as a law enforcement officer in the Northern NJ District of New Jersey

6:50 am On Monday, August 29, 2022, I Postal police officer Payero responded to the employee entrance/exit at USPS (New Jersey Network Distribution Center) located at 80 County Rd Jersey City, NJ 07097. A man gained entry the facility. I encountered the trespasser on the workroom floor. I gave verbal commands to the individual to stop, but the subject disregarded the commands, the individual Jonathan Williams tried to strike officer Payero with a wood stick, sprayed aerosol product at officer.

The foregoing statement is based upon:

☑ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/29/2022 — [signature: A. Payero]

Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/16/2022 16:41